RECEIVED

OCT - 7 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**ALEXANDRIA DIVISION**

| | |
|---|---|
| JONICA H. PHILLIPS | CIVIL ACTION NO. 10-833 |
| VERSUS | JUDGE TRIMBLE |
| WARDEN TIM WILKINSON | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the report and recommendation of the magistrate judge previously filed in the above captioned case, and after an independent review of the record, determining that the findings are correct under the applicable law, and noting the absence of objections to the aforementioned report and recommendation; it is hereby

**ORDERED, ADJUDGED** and **DECREED** that petitioner's petition for writ of habeas corpus be **DISMISSED** with prejudice.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana this 7th day of October, 2010.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE